THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY VANDECARR, Appellant.

Argued April 23, 1942; decided May 28, 1942.

*Harry L. Slobodin* for appellant.

*John J. Bennett, Jr., Attorney-General (Bernard Bienstock* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.